September 12, 2009
145 Lake Shore Drive North
Palm Harbor, Florida 34684

The Honorable Stephen P. Mickle
Chief United States District Judge
111 N. Adams Street
Tallahassee, Florida 32301

Re: Steven Krpata

Dear Judge Mickle,

My name is Georgia Norton and I'm retired after teaching for thirty-three years. I am interested in this case not only because Steven Krpata is my cousin, but also because he is a young man with great potential who has used poor judgment and made a terrible mistake.

Our family is large, but close and we celebrate many special occasions together. Any time that I've spent with Steven has been positive as he is a kind and caring person. I am impressed with his devotion to his elderly grandmother and his disabled sister. Often he is responsible for Darlene providing transportation to and from work as well as supervising her when his parents aren't home. Steven has always been a hard worker with steady employment. He was promoted to assistant manager at Pizza Hut and worked there until his arrest. Since then he's found another job in the food industry and continues to receive favorable job evaluations.

In my opinion the public would best be served if Steven Krpata could be rehabilitated through intensive counseling several times a month, weekly community service for a specific period of time, and wearing an ankle monitor. Steven feels tremendous remorse about what he did and wants to accept responsibility for his actions. He is anxious to prove that he can again be a law-abiding citizen, a hard worker, an asset to his community, and a help to his extended family.

Sincerely,

*Georgia Norton*

Georgia Norton

Mrs. N. Norton
145 Lake Shore Drive N.
Palm Harbor, FL 34684

The Honorable Stephen P. Mickle
Chief United States District Judge
111 N. Adams Street
Tallahassee, FL 32301