September 12, 2009

Peter Hora
1861 S.W. 37th Way
Fort Lauderdale, Florida   33312

Phone: (954)   444-6836

The Honorable Stephan P. Mickle
Chief United States District Judge
111 N. Adams Street
Tallahassee, Florida   32301

RE:  Steven Krpata

Dear Judge Mickle:

My name is Peter Hora and I am writing to you on behalf of Steven Krpata. I know Steven through his parents. His father and I have been close friends since the second grade and we are now both over 60 years old. I have known Steven since he was born.

On a personal note I have been married for 37 years and am the father of two and grandfather of three. I am the owner/operator of Southern Dixie Maintenance, Inc. which is a parking lot striping and maintenance company. My wife has been employed by the City of Pompano Beach for 41 years.

This is, to the best of my knowledge, the first and only time Steven has ever broken the law and been in trouble. As a child, Steven was always polite, respectful and kind and these traits carried through to adulthood. Our families have been vacationing together since before our children were born and we continue to do so. While we do not see as much of the Krpatas as we did when they lived in Fort Lauderdale, we are still in contact on a regular basis and continue to get together as often as possible.

While I certainly feel Steven should be held accountable for his actions, I do not believe incarceration in the current over populated prison system with its established criminal element would be the proper way to punish him for this first time offense. Rather, I would hope the court would impose a specific period of probation for Steven with a requirement for continued counseling. I feel such a sentence would prove to be considerably more beneficial than incarceration, and would provide an acceptable and fair level of accountability for his actions.

Thank you for your consideration.

Sincerely,

Peter Hora