IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 4:08cr60-SPM

STEVEN KRPATA
_____/

**ORDER TO TAKE STEVEN KRPATA INTO
<u>FEDERAL CUSTODY FOR SERVICE OF HIS SENTENCE</u>**

On September 21, 2009, the Court sentenced Defendant Steven Krpata to a term of 97 months' imprisonment. Defendant was ordered to self surrender to the United States Marshal in Tallahassee, Florida, or to the institution designated by the Bureau of Prisons by 12:00 noon on October 22, 2009. The Marshal has advised that Defendant has failed to surrender as ordered. Accordingly, it is

ORDERED AND ADJUDGED: The United States Marshal shall take Defendant into custody and deliver him to the Bureau of Prisons for service of his sentence.

DONE AND ORDERED this 22nd day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge