IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:08-cr-60-MW-MAF
4:09-cr-71-MW-MAF

STEVEN KRPATA

_____/

## TEMPORARY DETENTION ORDER

Defendant came before the Court on August 4, 2020, in the Gainesville Division, pursuant to an arrest warrant issued in accordance with the Petition for Warrant or Summons for Offender Under Supervision.  Defendant has requested a preliminary and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and (b)(1) and the Bail Reform Act of 1984, 18 U.S.C. § 31413.  The United States Marshal will transfer Defendant to the Tallahassee Division without delay, and a preliminary and detention hearing will be scheduled before Magistrate Judge Martin A. Fitzpatrick at the U.S. Courthouse, 111 N. Adams St., Tallahassee, Fla.  Pending the hearing, Defendant is to be detained in the custody of the United States Marshal or any other authorized officer.

**DONE AND ORDERED** this 4th day of August 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge