# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 4:08-cr-00060-MW/MAF

STEVEN KRPATA

4145696

## WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __STEVEN KRPATA__
Name
and bring him or her forthwith to the nearest magistrate to answer a

**Supervised Release Violation Petition**

charging him or her with:

Violation of Mandatory Condition by failing to refrain from violation of the law.

Violation of Special Condition, by failing to refrain from contact in any form with children under the age of 18.

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/Betsy Breeden | July 30, 2020    Tallahassee |
| Deputy Clerk: Betsy Breeden | Date and Location |
| Bail fixed at $ Bail Reform Act and/or in accordance with Comprehensive Crime Control Act of 1984. | by  Mark E. Walker<br>Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Tallahassee, FL_

| DATE RECEIVED 8/3/20 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/5/20 | reavkhs Matt Rongey, Dusty | m n |