# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                          Case Nos. 4:08cr60-MW
                                                       and 4:09cr71-MW

**STEVEN KRPATA,**

       **Defendant.**
_____/

## ORDER OF DETENTION PENDING REVOCATION HEARING

At the initial appearance on the Violation of Supervised Release Petition, ECF No. 68, the Government moved for detention pending a revocation hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3143(a)(1). Counsel for Defendant requested a continuance of the detention hearing pending Defendant's transfer from the Gainesville Division to the Tallahassee Division. On September 1, 2020, defense counsel filed a Notice of Stipulation to Detention, ECF No. 76, waiving Defendant's right to a detention hearing.

Accordingly, it is **ORDERED**:

That the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **DONE AND ORDERED** on September 9, 2020.

                                                                    s/ Martin A. Fitzpatrick
                                                                    **MARTIN A. FITZPATRICK**
                                                                    **UNITED STATES MAGISTRATE JUDGE**