PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
**Northern District of Florida**

## *AMENDED* Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Krpata                           Case Number: 1129 4:08CR60-001

Name of Sentencing Judicial Officer:    The Honorable Stephan P. Mickle, Chief U. S. District Judge

Date of Original Sentence:   September 21, 2009

Original Offense: Count 1: Distribution and Receipt and Attempted Distribution and Receipt of Child Pornography, 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1); and Count 2: Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

Original Sentence: 97 months imprisonment as to each of Counts 1 and 2, said terms to be served concurrently. A Life term of supervised release was imposed to follow imprisonment.

Type of Supervision: TSR                    Date Supervision Commenced: 8/30/2017

Assistant U.S. Attorney: Robert O. Davis          Defense Attorney: Robert A. Harper, Jr.

---

### PETITIONING THE COURT

☐ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about October 2, 2019, in Cedar Key, Florida, the supervised releasee did commit *Video* Voyeurism, contrary to Florida Statute 810.145. |
| 2 | **Violation of Special Condition,** by failing to refrain from contact in any form with children under the age of 18. On or about October 2, 2019, the supervised releasee, directly or indirectly, had contact with a child under the age of 18, by voyeuristically recording and later viewing the recording of the minor child in a restroom at the supervised releasee's employment site. |

U.S. Probation Officer Recommendation: A warrant was previously issued by the court on July 30, 2020. This officer requests that the supervised releasee be brought before the court to explain why his term of supervised release should not be revoked.

☐ The term of supervision should be

Krpata, Steven
4:08CR60-001
*Amended* Petition for Warrant or Summons for Offender Under Supervision
Page 2

☐ Revoked

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2020

*/s/ Dennis J. Thomson*
Thomson, Dennis
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant

☐ The Issuance of a Summons.

☒ Other – Serve on counsel to be heard at the hearing

*/s/*
Signature of Judicial Officer

11/25/2020
Date

Warrant/Summons Issued: _____  _____
                          Date         Deputy Clerk